# EXHIBIT B

Email or Phone | Password | **Log In**
Forgot account?



# Camp Bowie Fitness Kickboxing Challenge

- **Home**
- Posts
- Reviews
- Videos
- Photos
- About
- Community

Create a Page



Like | Share | Send Message

## Posts

**Camp Bowie Fitness Kickboxing Challenge**
August 1 at 7:52 AM ·

Congratulations to our most recent winners of the 6 week challenge! Their goal was to lose 25lbs or 6% body fat and they did it!!!
Dorothea and her son Brandon started this journey 6 weeks ago! Dori struggles with back issues and has a surgery coming up! Brandon recently lost his father. Even with these heavy challenges they persevered and together they achieved their goals! We are so proud of them and are honored to be part of their journey!
They are getting some $$$ this week:) enjoy you two! Keep up the hard work.. The team and I look forward to watching you continue your health and fitness journey! What an amazing duo!!
#CampBowieCrew #6weekchallenge



5 | 1 Comment
Like | Comment | Share

**Camp Bowie Fitness Kickboxing Challenge**
June 23 ·

### Camp Bowie Fitness Kickboxing Challenge
Gym/Physical Fitness Center in Fort Worth, Texas

**5**
Closed Now

**Community** — See All
- 521 people like this
- 557 people follow this
- 13 check-ins

**About** — See All



6333 Camp Bowie Blvd, Suite 245 (1,092.66 mi)
Fort Worth, TX 76116
Get Directions

(817) 231-0157

Contact Camp Bowie Fitness Kickboxing Challenge on Messenger

www.ilovekickboxing.com/camp-bowie

Gym/Physical Fitness Center

Opens tomorrow
Closed Now

Page Transparency — See More

See more of Camp Bowie Fitness Kickboxing Challenge on Facebook

Log In  or  Create New Account



2

Like  Comment  Share

See All

**Related Pages**

**ILoveKickboxing (Fort Worth, TX…**
Gym/Physical Fitness Center

**iLoveKickboxing**
Gym/Physical Fitness Center

**Fort Worth Field House**
Gym/Physical Fitness Center

**Como Community Center**
Recreation Center

**Sweet V's Treats**
Dessert Shop

See More

**Places** · **Fort Worth, Texas** · **Sports & Recreation** · **Gym** · **Camp Bowie Fitness Kickboxing Challenge**

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

**Videos**

Come kick it with us!!!! We work with all fitness levels s…

2   1

See All

See more of Camp Bowie Fitness Kickboxing Challenge on Facebook

Log In   or   Create New Account



See All

## Posts



**Camp Bowie Fitness Kickboxing Challenge**
June 13 ·

STRONG Looks GOOD on you!
#PlantATree
#CampBowieCrew



**See more of Camp Bowie Fitness Kickboxing Challenge on Facebook**

Log In or Create New Account

April 12 ·

Happy Easter



Like     Comment     Share

**Camp Bowie Fitness Kickboxing Challenge**
March 17 ·

*URGENT COVID-19 ANNOUNCEMENT*

AS OF 8 PM, 3/16/2020

Due to the local and state government orders and CDC recommendations surrounding the Coronavirus pandemic, effective tomorrow 3/17/20, ILKB Camp Bowie - Ft. worth, TX will be allowing no more than 10 people in a class at a time. No doubles are allowed to keep it fair. If you show up late and we are at max capacity you WILL get turned away at the door. No exceptions.... See More



Like     Comment     Share

**Camp Bowie Fitness Kickboxing Challenge**
March 14 ·

Thank you to Our kickboxer of the month, Angela, for sharing her story!!

"I started ILKB in September and if you haven't noticed I'm a little addicted! When I first started I thought I was gonna DIE! I couldn't do burpees. I couldn't do mountain climbers. Please, I didn't even know what mountain climbers were. I said I'd come once maybe twice a week. But here I am 6 months later. I come 4-5 minimum. I can do burpees. I can do mountain

See more of Camp Bowie Fitness Kickboxing Challenge on Facebook

Log In     or     Create New Account



7  1 Comment  1 Share

Like  Comment  Share

**Most Relevant**

**Dee N Mary Dean** That's so Awesome!
22w                                              1

**Camp Bowie Fitness Kickboxing Challenge**
March 13 ·

Dear iLoveKickboxing Camp Bowie Crew,

In light of concerns surrounding the novel Coronavirus (COVID-19), please allow me a few minutes to let you know we are committed to ensure your health, safety, and well-being is of the utmost importance while visiting our studio.

We take great pride in the cleanliness of our studio, and we want you to know we are taking the necessary precautions to prevent the spread of any infectious diseases and the likelihood of contracting the Corona... See More

1

Like  Comment  Share

**See more of Camp Bowie Fitness Kickboxing Challenge on Facebook**

Log In   or   Create New Account



Like     Comment     Share

**Camp Bowie Fitness Kickboxing Challenge**
January 29 ·

Come kick it with us!!!!
We work with all fitness levels so what are you waiting for!?
#letsdothis

2            1 Comment

Like     Comment     Share

Most Relevant

**Courtney Brogdon** Stephanie Reese-Zmolik this looks fun
4d

**Camp Bowie Fitness Kickboxing Challenge**
January 3 ·

12 new chapters, 365 new chances. How are you going to write your 2020 story?

**See more of Camp Bowie Fitness Kickboxing Challenge on Facebook**

Log In    or    Create New Account



1

Like    Comment    Share

**Camp Bowie Fitness Kickboxing Challenge**
January 3 ·

Come join us!

**ILoveKickboxing (Fort Worth, TX - Camp Bowie)**
January 3 ·

12 new chapters, 365 new chances. How are you going to write your 2020 story?

Like    Comment    Share

**Camp Bowie Fitness Kickboxing Challenge**
December 25, 2019 ·

See more of Camp Bowie Fitness Kickboxing Challenge on Facebook

Log In    or    Create New Account

Case 2:20-cv-04232 Document 1-3 Filed 09/10/20 Page 9 of 10 PageID #: 76



Like     Comment     Share



**Camp Bowie Fitness Kickboxing Challenge**
December 18, 2019 ·

Thank you Barbara. It's people like you that make this job awesome!

**See more of Camp Bowie Fitness Kickboxing Challenge on Facebook**

Log In    or    Create New Account



**See more of Camp Bowie Fitness Kickboxing Challenge on Facebook**

Log In    or    Create New Account