# EXHIBIT C

KickHouse Fort Worth    Home    Location    Schedule    How to Join    Download Mobile

# Camp Bowie Crew



KickHouse Fort Worth    Home    Location    Schedule    How to Join    Download Mobile



## Come Join Our Community

We are not just individuals, we are a Crew!

☰ KickHouse Fort Worth    Home    Location    Schedule    Download Mobile A



## Celebrate your successes

We are with you every step of the way.

ⓘ

KickHouse Fort Worth    Home    Location    Schedule    How to Join    Download Mobile



## Theme Nights

Dress up as your favorite Disney character last year. The Dalmatian costumes you see here won that time.

Contact us at: (817) 753-8899 or campbowiecrew@kickhousefortworth.com



Case 2:20-cv-04232 Document 1-4 Filed 09/10/20 Page 6 of 11 PageID #: 83

KickHouse Fort Worth    Home    Location    Schedule    **How to Join**    Download Mobile A...



# How to Join

Take a free class on us! Purchase from our Store!

Buy a pair of gloves and get a free week of membership on us!

Purchase from our Store!

Or Compete in our 6 Week Challenge



≡   KickHouse Fort Worth        Home     Location     Schedule     How to Join     Download Mobile A



### Camp Bowie 6 Week Challenge

Don't Wait Any Longer! Sign Up Now!

Contact us at: (817) 753-8899 or campbowiecrew@kickhousefortworth.com



# KickHouse Fort Worth

Home     **Location**     Schedule     How to Join     Download Mobile App     Store

# Location





