# EXHIBIT D



Search

## Apps

Categories    Home    Top charts    New releases

My apps

**Shop**

Games

Kids

Editors' Choice

Account

Payment methods

Play Points    New

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide



# Life Kick, LLC

**WL Mobile**    **Health & Fitness**

E Everyone

You don't have any devices.

Add to Wishlist     Install

Download the app to view schedules & book sessions at Life Kick, LLC!

ADDITIONAL INFORMATION

**Updated**
July 8, 2020

**Size**
5.9M

**Installs**
50+

**Current Version**
2.0.1

**Requires Android**
5.0 and up

**Content Rating**
Everyone

Learn More

**Interactive Elements**
In-App Purchases

**Permissions**
View details

**Report**
Flag as inappropriate

**Offered By**
WL Mobile

**Developer**
Visit website

campbowiecrew@ilkbfortworth.com

Privacy Policy

## Similar

See more

| The Brainst... | Ki Book Clu... | Nirvana® C... | The Potter's... |
|---|---|---|---|
| Excite Enginee... | Ki Book Club | NirvanaFitnes... | Subsplash Inc |
| $0.99 | | | |

### More by WL Mobile

See more

| WellnessLiv... | Elite Ameni... | Lovely Bodi... | Warrior 1 Yo... |
|---|---|---|---|
| WL Mobile | WL Mobile | WL Mobile | WL Mobile |

©2020 Google   Site Terms of Service   Privacy   Developers   Artists   About Google   | Location: United States   Language: English

By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.

App Store Preview

This app is available only on the App Store for iPhone and iPad.

Life Kick, LLC  4+

1.0, 1 Rating

Free

iPad Screenshots



### Additional Screenshots
iPhone

Download the app to view schedules & book sessions at Life Kick, LLC!

### Ratings and Reviews

**1.0**
out of 5

1 Rating

**RaeJoi**, 07/21/2020

**Seriously does not work**
I have not been able to get the app to work yet. I have even tried deleting it and reloading. Keep getting an error message. Would love to sign up for classes that I pay by the month to take but can't due to the app not working. Hope more

## Information

| | |
|---|---|
| Seller | Life Kick, LLC. |
| Size | 55.7 MB |
| Category | Health & Fitness |
| Compatibility | Requires iOS 9.0.0 or later. Compatible with iPhone, iPad, and iPod touch. |
| Languages | English, Dutch, French, German, Italian, Portuguese |
| Age Rating | 4+ |
| Copyright | © Life Kick, LLC. |
| Price | Free |

App Support ↗
Privacy Policy ↗

## Supports



Family Sharing
With Family Sharing set up, up to six family members can use this app.

## You May Also Like

See All


Tribe. LA
Health & Fitness


Aquaroll USA
Health & Fitness


Studio FuZion
Health & Fitness


AZ Elite
Health & Fitness


RnnL Dance
Health & Fitness


GruvnYoga
Health & Fitness

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2020 Apple Inc. All rights reserved.     Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map                Choose your country or region